IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-61 |
| ) | |
| MICHAEL ASABOWA a.k.a. ) | |
| MICHAEL MUBANG ) | |
| Defendant. ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Michael Asabowa a.k.a. Michael Mubang.

COLM F. CONNOLLY
United States Attorney

By:_____
Leonard P. Stark
Assistant United States Attorney

Dated: May 23, 2006

**AND NOW**, to wit, this 23 day of May, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE