IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Act. No. 06- 61 |
| MICHAEL ASABOWA a.k.a. | ) |
| MICHAEL MUBANG, | ) |
| Defendant. | ) |

**REDACTED**

The Federal Grand Jury for the District of Delaware charges that:

## COUNT 1

On or about October 14, 2004, in the District of Delaware and elsewhere, Michael Asabowa a.k.a. Michael Mubang, Defendant herein, willfully disobeyed and resisted a lawful order of the Court, to wit, he willfully traveled outside of the State of Massachusetts without permission from Pretrial Services or the Court, in violation of Condition 7(i) of the March 11, 2004 Order Setting Conditions of Release entered by United States Magistrate Judge Mary Pat Thynge on or about March 11, 2004, which required the Defendant to abide by the restriction "No travel outside the state of Massachusetts unless authorized by Pretrial services. No travel outside the US without permission from the Court," in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

Dated: May 23, 2006

FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE