IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-61-GMS |
| | ) | |
| MICHAEL ASABOWA, | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

Please withdraw the appearance of Assistant United States Attorney Leonard P. Stark as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Shannon T. Hanson.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 15, 2007